**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 OCT 12  PM 2: 04

DEPUTY CLERK_____ CBf

| | |
|---|---|
| UNITED STATES OF AMERICA | **FILED UNDER SEAL** |
| v. | No. **2:16-CR-61-D** |
| BRANDON CRUZ PERALES  (01)<br>EMERALD CHESNEY BLUNT  (02)<br>  a/k/a "Emerald Goodan"<br>BRANDON JOE GOODAN  (03) | |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

The United States of America ("the government"), by and through the United States Attorney for the Northern District of Texas, moves for an order sealing the indictment returned by the grand jury in the above-captioned criminal case.   The government requests that the indictment remain sealed until such time as all defendants are apprehended and all have made an initial appearance in federal court, or until further order of the Court.   The government believes that the public release of the names of indicted defendants who have not been apprehended would undermine the pursuit of justice.

The government, however, requests that the case against an individual defendant be unsealed upon that defendant's apprehension and initial appearance in federal court. The government also requests that it be allowed to provide an apprehended defendant with a copy of the indictment that redacts the names of other defendants who have not

Motion to Seal - Page 1

been apprehended, as well as any charge that does not affect the apprehended defendant.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

JOSHUA FRAUSTO
Assistant United States Attorney
Texas State Bar No. 24074228
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:    806-324-2356
Facsimile:    806-324-2399
E-Mail:        joshua.frausto@usdoj.gov

Motion to Seal - Page 2