SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 OCT 12 PM 2:02

DEPUTY CLERK_____ CBf

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:16-CR-61 |
| BRANDON CRUZ PERALES (01) EMERALD CHESNEY BLUNT (02) a/k/a "Emerald Goodan" BRANDON JOE GOODAN (03) | |

## INDICTMENT

The Grand Jury Charges:

### Count One
Conspiracy to Distribute and Possess with Intent to
Distribute 50 Grams or More of Actual Methamphetamine
(Violation of 21 U.S.C. § 846)

Beginning on or about a date unknown to the grand jury and continuing until on or about March 31, 2016, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Brandon Cruz Perales**; **Emerald Chesney Blunt**, also known as **Emerald Goodan**; and **Brandon Joe Goodan**, defendants, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the grand jury to commit an offense against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of actual methamphetamine, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

**Brandon Cruz Perales, Emerald Chesney Blunt, and Brandon Joe Goodan**
**Indictment - Page 1**

<u>Count Two</u>
Possession with Intent to Distribute 50 Grams
or More of Methamphetamine and Aiding and Abetting
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii), and 18 U.S.C. § 2)

On or about March 10, 2016, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Brandon Cruz Perales, Emerald Chesney Blunt**, also known as **Emerald Goodan**, and **Brandon Joe Goodan**, defendants, did knowingly and intentionally possess with intent to distribute 50 grams and more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii); and Title 18, United States Code, Section 2.

**Brandon Cruz Perales, Emerald Chesney Blunt, and Brandon Joe Goodan**
**Indictment - Page 2**

<u>Count Three</u>
Possession with Intent to Distribute 50 Grams
or More of Methamphetamine and Aiding and Abetting
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii), and 18 U.S.C. § 2)

On or about March 31, 2016, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Brandon Cruz Perales** and **Emerald Chesney Blunt**, also known as **Emerald Goodan**, defendants, did knowingly and intentionally possess with intent to distribute 50 grams and more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii); and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
JOSHUA FRAUSTO
Assistant United States Attorney
Texas State Bar No. 24074228
500 South Taylor Street, Suite 300
Amarillo, Texas   79101-2446
Telephone:   806-324-2356
Facsimile:   806-324-2399
E-Mail:       joshua.frausto@usdoj.gov

**Brandon Cruz Perales, Emerald Chesney Blunt, and Brandon Joe Goodan**
**Indictment - Page 3**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

BRANDON CRUZ PERALES       (01)
EMERALD CHESNEY BLUNT   (02)
    a/k/a "Emerald Goodan"
BRANDON JOE GOODAN         (03)

### INDICTMENT

COUNT 1:

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF ACTUAL METHAMPHETAMINE
Title 21, United States Code, Section 846.

COUNTS 2 and 3:

POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE AND AIDING AND ABETTING
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii), and Title 18, United States Code, Section 2.
(3 COUNTS)

A true bill rendered:

~~Amarillo~~ Lubbock _____   _____ Foreperson

Filed in open court this _____12th_____ day of ___October___ A.D. 2016.

_____ Clerk

SEALED ARREST WARRANT TO ISSUE AS TO EACH DEFENDANT

_____
UNITED STATES MAGISTRATE JUDGE