## FACTUAL RESUME

UNITED STATES OF AMERICA

v.

BRANDON CRUZ PERALES
2:16-CR-061-D (01)

|  |  |
|---|---|
|  | Defendant is pleading guilty to Count Two of the Indictment. |
| INDICTMENT: | Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) – Possession With Intent to Distribute 50 grams or More of Methamphetamine. |
| MAXIMUM PENALTY: | Imprisonment for a period of not less than **five (5) years or more than forty (40) years**; a fine not to exceed **$5,000,000.00**; a mandatory term of supervised release of **four (4) years up to life**. Notwithstanding any other provision of law, the Court shall not place on probation or suspend the sentence of any person sentenced under this provision of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii).   No person sentenced under this provision shall be eligible for parole during the term of imprisonment imposed therein.<br><br>If the defendant violates the conditions of supervised release, he could be imprisoned for the entire term of supervised release and be subject to additional supervised release.<br><br>The defendant may also be required to make restitution to victims or to the community, which may be mandatory under the law, and which defendant agrees may include restitution arising from all relevant conduct, not limited to that arising from the offense of conviction alone, and pay costs of incarceration and supervision. |
| ASSESSMENT: | Pursuant to 18 U.S.C. § 3013(a), a mandatory assessment of **$100.00** will be made. |
| ELEMENTS: | *First*: That the defendant knowingly possessed a controlled substance;<br><br>*Second*: That the substance was in fact methamphetamine; |

Brandon Cruz Perales
Factual Resume - Page 1

*Third*: That the defendant possessed the substance with the intent to distribute it; and

*Fourth*: That the mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, was 50 grams or more.

FACTS:    On or about March 10, 2016, in the Amarillo Division of the Northern District of Texas, and elsewhere, Brandon Cruz Perales, defendant, did knowingly and intentionally possess with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance.

On March 1, 2016, an undercover officer with the Amarillo Police Department (APD) sent a text message to telephone number 806-626-8411 in regards to a three-ounce crystal methamphetamine purchase.   Emerald Chesney Blunt and Brandon Joe Goodan utilized telephone number 806-626-8411 to communicate with the undercover officer and ultimately coordinated a methamphetamine delivery to take place on March 10, 2016.

On March 10, 2016, two undercover APD officers arrived at the meet location in Amarillo, Texas.   The officers communicated with telephone number 806-626-8411 via text messages to tell Blunt and Goodan that they were at the meet location.   Blunt and Goodan arrived to the meet location shortly after to meet with the officers. Blunt and Goodan stated that they did not have the methamphetamine yet, but they had to go get it.   Eventually, Brandon Cruz Perales, arrived with Goodan to the meet location and delivered approximately 88 gross grams of methamphetamine to the undercover officers.

On April 29, 2016, the DEA South Central Laboratory confirmed that the substance was in fact methamphetamine, a Schedule II controlled substance, with a net weight of 81.6 grams.   The amount of pure substance was 57.2 grams.

Brandon Cruz Perales admits that he knowingly possessed with intent to distribute more than fifty (50) grams of methamphetamine, a Schedule II controlled substance.

**Brandon Cruz Perales**
**Factual Resume - Page 2**

STATUS:            In custody.

I, Brandon Cruz Perales, defendant in the above case, hereby state that the facts set forth herein are true and correct.

Dated: __1-12-17__

_Brandon Perales_
Brandon Cruz Perales
Defendant

Witnessed By:

_Kenneth Weston_
Kenneth Weston
Attorney for Defendant

**Brandon Cruz Perales**
**Factual Resume - Page 3**