

IN THE UNITED STATES DISTRICT COURT

FOR THE <u>NORTHERN</u> DISTRICT OF TEXAS

<u>AMARILLO</u> DIVISION

| | | |
|---|---|---|
| <u>UNITED STATES OF AMERICA</u> | § | |
| | § | |
| VS. | § | **CAUSE. NO.** |
| | § | <u>2:16-CR-0006-D (3)</u> |
| <u>BRANDON JOE GOODAN</u> | § | |
| | § | |

## <u>MOTION NUNC PRO TUNC</u>

NOW COMES, Brandon Joe Goodan, Petitioner herein, and respectfully presents this Motion Nunc Pro Tunc requesting a modification of his federal judgement. In support of this Motion Petitioner would show the Court the following:

### I

On, or about, the 6th day of March, 2017, Petitioner was convicted in this Court and sentenced to 48 months in the Federal system.

### II

Petitioner requests this Court to enter a modification of judgement in this matter to reflect this Courts allowance for a State Prison to be designated as a place of federal confinement in accordance with the discretion afforded the Federal Bureau of Prisons as conferred by 18 U.S.C. § 3568, in order that he may receive time credit toward his federal sentence while incarcerated in the State facility.

## III

Petitioner avers that he is entitled to the requested relief pursuant to the 18 U.S.C. § 3568, and that Motion Nunc Pro Tunc is the appropriate device to remedy the issue presented, as provided for in _U.S. v. Morgan,_ 425 F.2d 1388 [5ᵗʰ Cir.1970]. _"We [5ᵗʰ Cir.] hold that the appellant has adequately alleged facts which if proven will entitle him to time credit on his federal sentence under 18 U.S.C. § 3568. If He was denied release on bail because the Federal detainer lodged against Him then that was time spent in custody in connection with the Federal offense since the detainer was issued upon authority of the appellant Federal conviction and sentence thus the judgement of the District Court is reversed and the cause remanded for an evidentiary hearing in this issue: 18 U.S.C. §3568 provides, the sentence of imprisonment of any person convicted of an offense shall commence to run from the date on which such person is received at the penitentiary, reformatory, or jail for service of such sentence the Attorney General shall give any such person credit toward service of his sentence for any days spent in custody in connection with the offense or acts for which the sentence was imposed."_

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Petitioner respectfully prays this Court to grant the relief requested by entering an order affirming a modification of Petitioner's federal judgement designating the state prison as a place of federal confinement.

Respectfully Submitted,

Brandon Joe Goodan

TDCJ-ID # 2066756

Lindsey Unit

1620 F.M. 3344

Jacksboro, TX 76458

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Motion Nunc Pro Tunc has been mailed

to the Clerk of the Court for the Northern District of Texas, Amarillo Division, via Certified Mail,

Return Service Requested on the 30th day of October, 2018.

7012 1010 0002 2892 6388

Brandon Joe Goodan

TDCJ-ID # 2066756

Lindsey Unit

1620 F.M. 3344

Jacksboro, TX 76458

Brandon Joe Goodan #2066756
Lindsey State Jail
1620 FM 3344
Jacksboro, TX 76458



CERTIFIED MAIL

7012 1010 0002 2892 6388

$7.410
US POSTAGE
FIRST-CLASS
062S0010203953
FROM 76458

RETURN RECEIPT REQUESTED

United States District Clerk
Amarillo Division - Daniel Aguilera
US Courthouse, 205 E. 5th Street, Rm 133, Box F13240
Amarillo, TX 79101-1559



NOV - 5 2018
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS




Privileged Offender Mail
Not Inspected by Texas
Department of Criminal Justice
Institutional Division