IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

BRANDON CRUZ PERALES

No. 2:16-CR-061-Z
ECF

## MOTION TO REVOKE SUPERVISED RELEASE

The United States of America, by and through the United States Attorney for the Northern District of Texas, files this Motion to Revoke Supervised Release of Brandon Cruz Perales, in support of which the United States shows as follows:

On May 2, 2017, Brandon Cruz Perales, defendant, was sentenced by Senior United States District Judge Sidney A. Fitzwater to a term of incarceration of 120 months, to be followed by a term of supervised release of 5 years, with conditions, upon his conviction of Possession with Intent to Distribute 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii).   Perales began serving his current term of supervised release on February 24, 2026. On August 1, 2019, this case was reassigned to United States District Judge Matthew J. Kacsmaryk.

I.

Conditions of the Defendant's supervised release provide:

**Violation of Mandatory Condition No. 3:** The defendant must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter, as

**Brandon Cruz Perales**
**Government's Motion to Revoke Supervised Release - Page 1**

determined by the court.

**Violation of Special Condition No. 1:**   The defendant shall participate in a program (inpatient and/or outpatient) approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse. The defendant shall abstain from the use of alcohol and/or all other intoxicants during and after completion of treatment. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $25 per month.

**Violation of Standard Condition No. 2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

II.

Defendant **Perales** violated these conditions in that:

1. On or about April 6, 2026, Perales submitted to a urine specimen to Daily Recovery Services (DRS), which tested positive for methamphetamine.

2. On or about March 10, April 23, and May 1, 2026, Perales failed to attend his individual substance abuse counseling at DRS.

3. On or about May 4 and 12, 2026, Perales failed to attend urine collections at DRS.

4. On or about April 7, 2026, Perales failed to report to the U.S. Probation Office in Amarillo, Texas.

III.

The United States respectfully asks that this Honorable Court revoke the defendant's supervised release and order him to the custody of the Attorney General to serve a sentence as determined by the Court in accordance with the law.   Further, the United States request that the defendant be detained pending his final revocation hearing.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

/s/ Anna Marie Bell
ANNA MARIE BELL
Assistant United States Attorney
New Mexico Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone: 806-324-2356
Facsimile: 806-324-2399
E-mail: anna.bell@usdoj.gov

**Brandon Cruz Perales**
**Government's Motion to Revoke Supervised Release - Page 3**